L. BLACK COMPANY, Respondent, *v.* LONDON GUARANTY AND ACCIDENT COMPANY, Appellant.

*Black Co.* v. *London G. & Acc. Co.*, 168 App. Div. —, appeal dismissed.

(Submitted June 7, 1915; decided June 15, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1915, which affirmed an order of Special Term denying defendant's motion for a new trial upon the ground of newly-discovered evidence.

The motion was made upon the ground that the appeal did not lie as a matter of right and that permission to appeal had not been granted.

*Christopher C. Werner* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

WALTER C. CARR et al., Suing on Behalf of Themselves and Others Similarly Situated, Respondents, *v.* HORATIO G. KIMBALL et al., Appellants, and AUGUSTINE E. WINNEMORE, Respondent, Impleaded with Another.

(Submitted May 24, 1915; decided June 15, 1915.)

MOTION to amend remittitur. (See 215 N. Y. 634.)

Motion granted so as to provide that the remittitur contain a recital setting forth that upon the argument of the appeal there was submitted to the court the second point contained in the brief for the appellants.